UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA T. GRIFFIN, | No. C 11-3491 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| MONTEREY COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

This *pro se* civil action was filed on July 15, 2011, at which time the Court notified Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. This action is **DISMISSED** without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: November 9, 2011

_____
EDWARD M. CHEN
United States District Judge